JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| ELEAZAR SECUNDINO, | ) | No. SA CV 11-01527-DOC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| L. S. McEWEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 20, 2012

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE